JAMES T. BRADY, appellant, vs. JOHN ANDREW McCOSKER, an infant, &c., respondent.—*Decree affirmed.* EDWARD SANDFORD, for appellant; CHARLES O'CONOR, for respondent.

This was a case arising upon special demurrer to a bill filed to set aside a will of real estate, on the ground of fraud, &c. Several questions were decided in relation to objections raised to the jurisdiction of a Court of Equity to set aside a will of real estate on the ground of fraud, or incompetency; and various impediments which existed to an action at law, stated, which would give jurisdiction to a court of equity. (Reported, 1 Comstock, 214.)